UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LINDSAY CLARK ROSS,

        Plaintiff,                        Case No. 2:14-cv-212

v.                                        HON. R. ALLAN EDGAR
                                             HON. TIMOTHY P. GREELEY

IRON, COUNTY OF, *et al*.,

        Defendants.

_____/

## REPORT AND RECOMMENDATION

On October 10, 2014, Lindsay Ross filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 against eighteen defendants. ECF No. 1. Since that time, Ross has failed to serve the Defendants, or otherwise prosecute his case.

The undersigned recommends that this case be dismissed for lack of prosecution.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b); W.D. MICH. LCIVR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal, and may result in involuntary dismissal for failure to prosecute. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *see also Thomas v. Arn*, 474 U.S. 140 (1985); FED. R. CIV. P. 41 (b).

      **SO ORDERED.**

Dated:     1/8/2016                                   */s/ Timothy P. Greeley*
                                                              Timothy P. Greeley
                                                              United States Magistrate Judge